**Order entered October 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01017-CV

**IN THE MATTER OF CYNTHIA HOUSTON AND CHARLES ANTHONY ALLEN SR.,**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

The clerk's record is past due.  Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, either:  (1) the clerk's record; or (2) written verification that appellant has not been found indigent and has not paid for the record or made arrangements to pay for the record.  *We notify appellant that if we receive verification he is not indigent and has not paid or made arrangements to pay for the record, the appeal will be dismissed for want of prosecution.  See* TEX. R. APP. P. 37.3(b).

The reporter's record is past due.  Accordingly, we order Debbie Slovak, Official Court Reporter for Auxiliary C Court in Dallas County, Texas, to file, **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, either:  (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not paid for the record or made arrangements to pay for the record.  *We notify appellant*

*if we receive verification he is not indigent and has not paid for the record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send copies of this order by electronic transmission to Gary Fitzsimmons, Debbie Slovak, and counsel for appellee, and by first-class mail to appellant.

/s/     ELIZABETH LANG-MIERS
        JUSTICE